KATHLEEN A. MABSON, Appellant, *v.* HENDON B. MABSON, Respondent.

(Argued June 12, 1929; decided July 11, 1929.)

*Ben Herzberg* and *Max D. Steuer* for appellant.
*Alva Collins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.